# Temporary proof of coverage

EXHIBIT B

## Medical ID Card

Please note: Temporary proof of coverage may not contain all the information on the actual ID card and they expire in 14 days or on the member's current coverage termination date

Front                                                                                              Back

