**Diagnostic Affiliates of Northeast Hou, LLC**
d.b.a 24 Hour Covid RT-PCR Laboratory
22751 Professional Dr, suite 100,
Houston, TX 77339
phone: 281-319-TEST

Date: 11-25-2020

Specimen ID: KDRC-1

Reference ID: KDRC 0-31-00

PHYSIC...

EXHIBIT C



11/25/2020 8:05 AM        8/31/2000

COVID-19

### ORDERING PHYSICIAN

### PATIENT & BILLING INFORMATION

| | | | |
|---|---|---|---|
| LAST NAME: S... | | FIRST NAME: C... | |
| DOB: | SSN: | RACE: | SEX: |
| ADDRESS: | | INSURANCE: Cigna | |
| | | SUBSCRIBER ID: U58267162 05 | |
| CITY: | | GROUP #: 3174704 | |
| STATE, ZIP: | | INSURED NAME: C... S... | |
| EMAIL: | | INSURED DOB: | |
| PHONE NUMBER: | | RELATION TO INSURED: SELF SPOUSE (CHILD) | |

### SAMPLE INFORMATION

SPECIMEN COLLECTED AT: PHYSICIAN'S OFFICE
SPECIMEN TYPE: NP or OP SWAB

COLLECTION DATE & TIME: 11/25 9:05am
COLLECTOR'S NAME:

### TEST ORDER

[X] COVID-19    U0004: 2019-nCoV Coronavirus, SARS-CoV-2/2019-nCoV (COVID-19), any technique, multiple types or subtypes (includes all targets), non-CDC, making use of high throughput technologies as described by CMS-2020-01-R.

[X] G2023    Specimen collection for severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) (Coronavirus disease [COVID-19]), any specimen source

[X] Covid-19 Expedite 24 hrs Results $100.00

[ ] CASH    [ ] CREDIT CARD

[ ] RPP    **CPT 87633** (Adenovirus; Coronavirus 229E, Coronavirus HKU1, Coronavirus NL63, Coronavirus OC43; Human Metapneumovirus; Human Rhinovirus/Enterovirus; Influenza A, Influenza A/H1, Influenza A/2009-H1, Influenza A/H3, Influenza B, Parainfluenza 1 (PIV1), Parainfluenza 2 (PIV2), Parainfluenza 3 (PIV3), Parainfluenza 4 (PIV4); Respiratory Syncytial Virus A, Respiratory Syncytial Virus B), **CPT 87486** (Chlamydia pneumoniae), **CPT 87581** (Mycoplasma pneumoniae), **CPT 87541** (Legionella Pneumoniae), **CPT 87496** (Cytomegalovirus), **CPT 87532** (Human Herpesvirus 6 (HHV-6)), **CPT 87640** (Staphylococcus aureus), **CPT 87798x8** (Bordetella (PAN), Bordetella Pertussis, Streptococcus Pneumoniae, Klebsiella Pneumoniae, Haemophilus Influenzae, Bocavirus, Epstein-Barr Virus (EBV), Varicella Zoster Virus (VZV))

### DIAGNOSIS/ ICD10

| | | | |
|---|---|---|---|
| ACUTE PHARYNGITIS, UNSPECIFIED [ ] J02.9 | OTHER VIRAL PNEUMONIA [ ] J12.89 | ACUTE BRONCHITIS DUE TO OTHER SPECIFIED ORGANISMS [ ] J20.8 | UNSPECIFIED ACUTE LOWER RESPIRATORY INFECTION [ ] J22 |
| BRONCHITIS, NOR SPECIFIED AS ACUTE OR CHRONIC [ ] J40 | ACUTE RESPIRATORY DISTRESS SYNDROME [ ] J80 | ACUTE RESPIRATORY FAILURE WITH HYPOXIA [ ] J96.01 | OTHER SPECIFIED RESPIRATORY DISORDERS [ ] J98.8 |
| COUGH [ ] R05 | SHORTNESS OF BREATH [ ] R06.02 | NASAL CONGESTION [X] R09.81 | UNSPECIFIED ABDOMINAL PAIN [ ] R10.9 |
| NAUSEA AND VOMITING [ ] R11 | DIARRHEA, UNSPECIFIED [ ] R19.7 | OTHER DISTURBANCES OF SMELL AND TASTE [ ] R43.8 | FEVER, UNSPECIFIED [ ] R50.9 |
| HEADACHE [ ] R51 | ENCOUNTER FOR OTHER PREPROCEDURAL EXAMINATION [ ] Z01.818 | ENCOUNTER FOR OBSERVATION FOR SUSPECTED EXPOSURE TO OTHER BIOLOGICAL AGENTS [ ] Z03.818 | ENCOUNTER FOR SCREENING FOR OTHER VIRAL DISEASES [ ] Z11.59 |
| CONTACT WITH AND (SUSPECTED) EXPOSURE TO OTHER VIRAL COMMUNICABLE DISEASES [X] Z20.828 | COVID-19, virus identified [ ] U07.1 | OTHER: | |

### INSURANCE RELEASE/ CONSENT/ ASSIGNMENT OF BENEFITS

The specimen identified on this form is my own. I am voluntarily submitting this specimen for analysis by my physician and/or laboratory that provided services. I authorize laboratory that provided services to release the results of this test to the ordering physician. I authorize my insurance benefits to be paid directly to laboratory that provided services I received. Laboratory that provided services is authorized to bill my insurance provider and receive payment of benefits for the testing my physician orders. I authorize this lab to be my Designated Representative for purposes of appealing any denial of benefits. I authorize the provider to release any pertinent medical records. Should I receive payment for services provided by laboratory that provided services, I will remit payment in full to laboratory that performed services. I understand failure to do so may subject my account to collection activity and/or other legal action deemed necessary to reconcile my account. I further authorize laboratory that performed services and my physician to release to my insurance company any medical information necessary to process this claim. Should there be no insurance coverage, laboratory that performed services reserves the right to directly bill the patient. Please be further advised that you have the option of obtaining laboratory services from another facility of your choice, and thus, upon your request, we will provide you with a list of alternative laboratory facilities. I fully understand that 24 hour result guarantee is based is for Covid-19 test only and on results being ready at 11:59PM CST following day of the specimen collection and contigent on legability of penmenship and valid email address provided. I HAVE READ AND FULLY UNDERSTAND THIS AGREEMENT:

PATIENT OR LEGALLY AUTHORIZED REPRESENTATTIVE SIGNATURE:                    DATE: 11/25/2020

For orders going to Quest Laboratories this is NOT an electronic request.

## Laboratory Orders
Vytalus Medical Group - Kingwood
22751 Professional Dr Ste 1000
Kingwood, TX 77339-6005
Phone: (281)359-3223    Fax: (281)359-2089

| | |
|---|---|
| Order Date: | Nov 25, 2020  7:49 am |
| Print Date: | Nov 25, 2020 |
| Ordering Provider: | ▉ |
| Provider NPI / UPIN: | 1821210600 / NONE |
| Billing Supervisor: | ▉ |
| Supervisor NPI / UPIN: | 1609809391 / B21109 |

**Requisition #:** ZZZZZ0JA78

| Patient: | S▉ C▉ | Address: | ▉ |
|---|---|---|---|
| Patient Acct: | ▉ | | |
| DOB: | ▉ | | |
| Gender: | ▉ | Phone: | ▉ |

| Insurance | Group | Policy | Policy Holder |
|---|---|---|---|
| 1. CIGNA HEALTHCARE - | 3174704 | U5826710205 | ▉ |
| 2. | | | |
| 3. | | | |

| Laboratory Test Descriptions | CPT | ICD Code | In-House | STAT |
|---|---|---|---|---|
| 2019-nCoV Coronavirus, SARS-CoV-2/2019-nCov (COVID-19) testing utilizing high-throughput technology | U0004 | Z20.828 - ICD-10 | ☐ | ☐ |
| Respiratory Pathogen Panel (nasal swab) | RESP | R09.81 - ICD-10 | ☐ | ☐ |



**Specimen Collection Information.**
Date: _____    Time: _____
Phlebotomist: _____
Fasting:     Y          N          U



Electronically signed by ▉
on Nov 25, 2020  7:49 am

CPT copyright 2014 American Medical Association. All rights reserved

1 of 1