Reviewed and electronically
signed by: Amanda Natalizio,
Ph.D., HCLD (ABB)

*Amanda Natalizio, Ph.D.*

**FINAL**

EXHIBIT D

| Patient: | S████ C████ | MRN: | 42820 | Accession: | 63067 |
|---|---|---|---|---|---|
| Patient #: | ██████ | Birth: | ██████ | | |
| Ordering Provider: | ██████ | Age: | ██████ | Collection Date: | 11/25/2020 8:05 AM |
| | | Gender: | ██████ | Received Date: | |
| Organization: | Vytalus Medical Group | | | | |

| Test Name | Result | Units | Flag | Reference Range/Cutoff |
|---|---|---|---|---|
| **COVID-19** | | | | *Run by JF on 11/25/2020 12:19:39 PM at Location: 1* |
| SARS-CoV-2 | Detected | | **DETECTED** | |

**Covid-19 Disclaimer**          *Run by ~SYS on 11/25/2020 12:20:46 PM at Location: 1*

Specimen Type: Nasopharyngeal and/or oropharyngeal swab.

This test has been validated according to the FDA guidelines, by Diagnostic Affiliates of Northeast Hou, LLC DBA 24 Hour Covid, CLIA# 45D2074140. Our laboratory is certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA), 42 U.S.C. section 263a, to perform high complexity tests. This test has not been Food and Drug Administration (FDA) cleared or approved. The assay is submitted for authorization by FDA under an Emergency Use Authorization (EUA). The FDA review of the validation is pending. The SARS-CoV-2 test is intended for the qualitative detection of nucleic acid from SARS-CoV-2 in nasopharyngeal and oropharyngeal swab samples from patients.

Testing methodology is high throughput real-time PCR on the Quant Studio 12K Flex. If received as separate collection devices, nasopharyngeal and oropharyngeal specimens are combined for analysis. Test results must be interpreted with clinical observations, patient history, epidemiological information, and other diagnostic information necessary to determine patient infection status. This test cannot detect other respiratory pathogens, and thus cannot rule out infection or coinfection with bacterial or other viral pathogens. Test performance can be affected because the clinical spectrum of infection caused by SARS-CoV-2 is not fully known. Samples must be collected, transported, and stored using appropriate procedures and conditions. Improper collection, transport, or storage of specimens may hinder the ability of the assay to detect the target sequences.

SARS-CoV-2 RNA NOT DETECTED: Not Detected results do not preclude SARS-CoV-2 infection and should not be used as the sole basis for patient management decisions. Not Detected results are concluded based on the inability of probes annealing to all three (ORF1ab, N gene, S gene) specific SARS-CoV-2 target sequences (from the sample submitted) located between three (3) unique forward and reverse primers, resulting in no amplification signals during real-time PCR. The SARS-CoV-2 RNA is generally detectable in respiratory specimens during the acute phase of infection.

SARS-CoV-2 RNA DETECTED: Positive results are indicative of the presence of SARS-CoV-2 RNA. The agent detected may not be the definite cause of disease. Detected results are concluded based on the probes annealing to two out of three (ORF1ab, N gene, S gene) specific SARS-CoV-2 target sequences (from the sample submitted) located between three (3) unique forward and reverse primers, resulting in amplification signals during real-time PCR. The SARS-CoV-2 RNA is generally detectable in respiratory specimens during the acute phase of infection.

SARS-CoV-2 RNA INCONCLUSIVE: INCONCLUSIVE results do not preclude SARS-CoV-2 infection and should not be used as the sole basis for patient management decisions. Inconclusive results are concluded based on detection of only one of three (ORF1ab, N gene, S gene) specific SARS-CoV-2 target sequences. Detection of only one of three (ORF1ab, N gene, S gene) specific SARS-CoV-2 target sequences triggers repeat testing once, if the results remain the same it is reported as INCONCLUSIVE and specimen recollection and testing is recommended.

Laboratories within the United States and its territories are required to report all SARS-CoV-2 results to the appropriate public health authorities.

Reviewed and approved by Laboratory Director: Laura Jimenez-Quintero, MD

22751 Professional Dr, suite 100A  Kingwood, TX 77339
For Questions or Assistance Contact: Customer Care at 281-319-8378
Hours of Operation: Monday-Friday 8am-5pm and Saturday 8am-4pm.

Originally Reported On: 11/25/2020 12:23 PM
Printed: 12/8/2021 11:53 AM
(UTC-06:00) Central Time (US & Canada)          STAT[S] Corrected [C] Amended [A]

Accession: 63067   Patient: #: ██████
Lab Results for: S████ C████
Page: 1/1

Reviewed and electronically
signed by: Amanda Natalizio,
Ph.D., HCLD (ABB)

*Amanda Natalizio, Ph.D.*

FINAL

| Patient: | S███ C███ | MRN: | 42820 | Accession: | 63068 |
| --- | --- | --- | --- | --- | --- |
| Patient #: | 42820 | Birth: | ███ | | |
| Ordering Provider: | ███ | Age: | ███ | Collection Date: | 11/25/2020 8:05 AM |
| | | Gender: | ███ | Received Date: | |
| Organization: | Vytalus Medical Group | | | | |

| Test Name | Result | Units | Flag | Reference Range/Cutoff |
| --- | --- | --- | --- | --- |
| **RP Viral Targets** | | | | Run by SW on 11/25/2020 4:56:21 PM at Location: 1 |
| Adenovirus 1 of 2 | NOT DETECTED | | | |
| Adenovirus 2 of 2 | NOT DETECTED | | | |
| Cytomegalovirus | NOT DETECTED | | | |
| Epstein-Barr Virus | NOT DETECTED | | | |
| Human Bocavirus | NOT DETECTED | | | |
| Human Coronavirus 229E | NOT DETECTED | | | |
| Human Coronavirus HKU1 | NOT DETECTED | | | |
| Human Coronavirus NL63 | NOT DETECTED | | | |
| Human Coronavirus OC43 | NOT DETECTED | | | |
| Human Enterovirus (pan assay) | NOT DETECTED | | | |
| Human Enterovirus D68 | NOT DETECTED | | | |
| Human Herpesvirus 6 (HHV6) | NOT DETECTED | | | |
| Human Metapneumovirus | NOT DETECTED | | | |
| Human Parainfluenza 1 (PIV1) | NOT DETECTED | | | |
| Human Parainfluenza 2 (PIV2) | NOT DETECTED | | | |
| Human Parainfluenza 3 (PIV3) | NOT DETECTED | | | |
| Human Parainfluenza 4 (PIV4) | NOT DETECTED | | | |
| Human Rhinovirus 1 of 2 | NOT DETECTED | | | |
| Human Rhinovirus 2 of 2 | NOT DETECTED | | | |
| Influenza A | NOT DETECTED | | | |
| Influenza A/2009-H1 | NOT DETECTED | | | |
| Influenza A/H3 | NOT DETECTED | | | |
| Influenza B | NOT DETECTED | | | |
| Respiratory Syncytial Virus A | NOT DETECTED | | | |
| Respiratory Syncytial Virus B | NOT DETECTED | | | |
| Varicella Zoster Virus | NOT DETECTED | | | |
| **RP Bacterial Targets** | | | | Run by SW on 11/25/2020 4:56:21 PM at Location: 1 |
| Bordetella (PAN) | NOT DETECTED | | | |
| Bordetella Pertussis | NOT DETECTED | | | |
| Chlamydia Pneumoniae | NOT DETECTED | | | |
| Haemophilus Influenzae | NOT DETECTED | | | |
| Klebsiella Pneumoniae | NOT DETECTED | | | |
| Legionella Pneumoniae | NOT DETECTED | | | |
| Mycoplasma Pneumoniae | NOT DETECTED | | | |
| Staphylococcus Aureus | NOT DETECTED | | | |
| Streptococcus Pneumoniae | NOT DETECTED | | | |

Reviewed and electronically signed by: Amanda Natalizio, Ph.D., HCLD (ABB)

*Amanda Natalizio, Ph.D.*

**FINAL**

| | | | | | |
|---|---|---|---|---|---|
| Patient: | S█████ C█ | MRN: | 42820 | Accession: | 63068 |
| Patient #: | 42820 | Birth: | | | |
| Ordering Provider: | █████ | Age: | █ | Collection Date: | 11/25/2020 8:05 AM |
| | | Gender: | █ | Received Date: | |
| Organization: | Vytalus Medical Group | | | | |

| Test Name | Result | Units | Flag | Reference Range/Cutoff |
|---|---|---|---|---|
| **RP Disclaimer** | | | | Run by ~SYS on 11/25/2020 5:02:06 PM at Location: 1 |

*Specimen Type: Nasopharyngeal and/ or oropharyngeal swab.*

*Methodology & Limitations: Testing is performed using the QuantStudio 12k Flex Real Time PCR platform and TaqMan open array analysis. This array based test simultaneously detects a wide array of clinically significant bacteria and viruses at an analytical sensitivity and specificity >99%. An absence of detection does not imply the absence of microorganisms other than those listed nor excludes the possibility that the target sequence is present below the limit of detection. This report should be interpreted in conjunction with other clinical findings for the administration of a specific treatment regimen.*

*Disclaimer: These tests were developed, characterized, and performed by International Diagnostic Laboratory, LLC, DBA Vytalus, CLIA: 26D2080766 at 22751 Professional Dr, Suite 100, Houston, TX 77339. This test has not been approved by the Federal Drug Administration (FDA). The FDA has determined that such approval is not necessary. Laboratory Director: Amanda J Natalizio, PhD, HCLD(ABB).*

*For Questions or Assistance Contact: Customer Care at 281-319-8378*
*Hours of Operation: Monday-Friday 8am-5pm and Saturday 8am-4pm.*

Originally Reported On: 11/25/2020 5:03 PM
Printed: 12/8/2021 11:55 AM
(UTC-06:00) Central Time (US & Canada)   STAT[S] Corrected [C] Amended [A]

Accession: 63068   Patient: #: █████
Lab Results for: S█████ C█ 
Page: 2/2