Cigna
Appeals
PO Box 188011
Chattanooga, TN 37422



September 1, 2021

Exhibit F



RE:   Cigna Health and Life Insurance Company on behalf of Your Employer Plan

Name: C█████ S█████
ID #: █████
Provider: 24 Hour RT-PCR Covid Lab
Dates of Service: 11/25/2020
SR #: 1315087891
Claim Amount: $1,028.00

Dear C█████,

On June 7, 2021, we received an appeal request concerning our decision to deny the procedure code G2023 (Specimen collection for severe acute respiratory syndrome coronavirus 2 (sars-cov-2) (coronavirus disease [covid-19]), any specimen source) billed by 24 Hour RT-PCR Covid Lab. The service was billed with diagnosis code Z20.828 for the above listed date of service.

**Appeal Decision**
After reviewing the appeal submitted by 24 Hour RT-PCR Covid Lab, the original decision to deny the procedure code G2023 is upheld. All the original information in your file, the information submitted with this request and the terms of your benefit plan were reviewed.

**More About The Decision**
This decision was made on September 1, 2021 by Jenny J., Appeals Processor.

All Cigna products and services are provided exclusively by or through such operating subsidiaries and not by Cigna Corporation. Such operating subsidiaries include Cigna Health and Life Insurance Company, Connecticut General Life Insurance Company, Evernorth Behavioral Health, Inc., Evernorth Care Solutions, Inc., Evernorth Direct Health, LLC, Cigna Health Management, Inc., subsidiaries of eviCore 1, LLC and HMO or service company subsidiaries of Cigna Health Corporation and Cigna Dental Health, Inc. Please refer to your ID card for the subsidiary that insures or administers your benefit plan. Cigna Health Management Inc. and Evernorth Behavioral Health, Inc., Evernorth Care Solutions, Inc., Evernorth Direct Health, LLC, Inc. are licensed or certified utilization review entities. The Cigna name, logo, and other Cigna marks are owned by Cigna Intellectual Property, Inc.

This decision was based on the following:
For claims with more than one service, we check the primary service and any secondary services to make sure they're "unbundled" appropriately. We look closely at how the primary service relates to the secondary services. This data shows us how your claim should be paid. Your claim has services that should have been "bundled". We can't approve coverage for some of these services.

According to your CIGNA Companies Booklet, under the section "Calculation of Covered Expenses" it states:

Cigna, in its discretion, will calculate Covered Expenses following evaluation and validation of all provider billings in accordance with:
the methodologies in the most recent edition of the Current Procedural terminology.
the methodologies as reported by generally recognized professionals or publications.

**For More Information**
If you would like to request information about the specific diagnosis and treatment codes submitted by your Health Care Professional, please either contact your Health Care Professional, or go to http://www.cigna.com/privacy/privacy_healthcare_forms.html or call the Customer Service number on the back of your ID card.

You are entitled to receive free of charge, copies of all documents, records and other information relevant to your appeal for benefits. This includes the benefit provision, guideline or protocol upon which the decision was made. If you want to request this material, or if you have any questions, please write to us at:

Cigna National Appeals Organization (NAO)
Attn: Appeals
PO Box 188011
Chattanooga, TN 37422

You may also call our Customer Service Department at the toll-free number listed on your ID card. We'll be happy to help you.

Sincerely,

Jenny Lyn J.
Appeals Processor


Enclosures:     Your Rights and Other Important Information About an Appeal
                Language Assistance Form
                Non-Discrimination and Language Assistance Notice


c:      24 Hour RT-PCR Covid Lab

# Your Rights and Other Important Information About An Additional Appeal

This decision represents the final step of the internal appeal process. However, if your plan is governed by ERISA, you also have the right to bring legal action under Section 502 (a) of ERISA within three (3) years.

For questions about your appeal rights or for assistance, you may contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272) or www.askebsa.dol.gov.

## Additional Information related to the Affordable Care Act

If you're not satisfied with the final internal review, you may be able to ask for an independent, external review of our decision, as determined by your plan and any state or federal requirements.

Your state may also offer a consumer assistance or an ombudsman program to help you. Go online to mycigna.com, click on the Legal Disclaimer link at the bottom of the page, and select "State Ombudsman/Consumer Assistance Programs" from the drop down menu. If you have difficulty accessing the website, call Customer Service at the toll-free number listed on the back of your ID card.

Please note that these program offices may not be the offices designated to receive your request for an external review. See the external review information above if applicable.