In order for **Diagnostic Affiliates of Northeast Hou, LLC d.b.a 24 Hour Covid RT-PCR Laboratory** to advocate on your behalf with your insurance company if there is an underpayment or non-payment on your claim, we request you sign the following document: Assignment of Benefits and Designation of Authorized Representative.

---

## ASSIGNMENT OF BENEFITS AND DESIGNATION OF AUTHORIZED REPRESENTATIVE

I expressly and knowingly assign and/or convey to **Diagnostic Affiliates of Northeast Hou, LLC d.b.a 24 Hour Covid RT-PCR Laboratory** ("Provider") – to the full extent possible under the law, any applicable employee group health plan(s), insurance policies, or public policies – the right to bring suit under the Employee Retirement Income Security Act ("ERISA") §§ 502(a)(1)(A), (B) and § 502(a)(3) and under federal and state law; this includes any benefit claim, liability, or tort claim, chose in action, appropriate equitable relief, breach of fiduciary duty claim, any other ERISA claims, surcharge remedy or other right I may have arising under such group health plans, health insurance issuers, or tortfeasor insurer(s), with respect to any and all medical expenses legally incurred as a result of the medical services I received from Provider.

This writing constitutes an express and knowing assignment of the right to collect benefits on my behalf, and to legally pursue ERISA §§ 502(a)(1)(B) and 502(a)(3) claims, breach of fiduciary duty claims, claims for statutory penalties related to the non-provision of documents, claims for failure to provide a full and fair review under ERISA, any applicable federal, state, or common-law claims, and any other legal or administrative claims. This also expressly and knowingly allows Provider to fully engage in the administrative appeals process under ERISA, the PPACA, and the Texas Insurance Code, and as may be set forth in my health plan or insurance policy. I intend this assignment, in conjunction with the designation of authorized representative, to convey to Provider all of my rights to claim (or place a lien on) the legal and medical benefits related to the care/services provided by Provider, including rights to any settlement, insurance, or applicable legal or administrative remedies. Provider is given the right by me to: (i) obtain information about the claim to the same extent as the assignor/myself, including, but not limited to, requesting plan documents, the administrative record, and other relevant documents related to the administration of the claim; (ii) submit evidence and any other materials/information relevant to the adverse benefit determination; (iii) make statements about facts or law; (iv) make any request, or giving or receiving any notice about appeal proceedings; and (v) take any administrative and judicial actions by such provider(s) to pursue such claim, chose in action or right against any liable party or employee group health plan(s), including, if necessary, the right to bring suit by such Provider against any such liable party or employee group health plan in my name with derivative standing but at Provider's expense. Unless revoked, this assignment is valid for all administrative and judicial reviews under the PPACA, ERISA, Texas Insurance Code, Medicare, and applicable federal or state laws. A photocopy of this assignment is to be considered as valid as the original. I have read and fully understand the agreement.

In addition to the assignment of the ERISA benefits and other federal and state law claims referenced above, in considering the amount of medical expenses to be incurred, I, the undersigned, have insurance and/or employee health care benefits coverage, and hereby assign and convey directly to Provider, as my designated Authorized Representative(s), all medical benefits and/or insurance reimbursement, if any, otherwise payable to me for services rendered by Provider, regardless of Provider's network participation status. I understand and agree that I am legally responsible for any and all actual total charges expressly authorized by me regardless of any applicable insurance or benefit payments attained through this Assignment. I hereby authorize Provider to release all medical information necessary to process my claim(s) under HIPAA. I hereby authorize any plan administrator, fiduciary, insurer, and/or my attorney to release to Provider any and all plan documents, insurance policies, and/or settlement information upon written request from Provider in order to claim such medical benefits, reimbursement, or any applicable remedies. I authorize the use of this signature on all my insurance and/or employee health benefits claim submissions.

| | |
|---|---|
| _C___ S_____ | 11/25/2020_____ |
| **Signature of Insured/Guardian** | **Effective Date** |

C____ S_____
**Name of Patient**

_____
**Name of Guardian (If Applicable)**

NOTARY PUBLIC STATE OF TEXAS
Geraldine Pearl Oakley
ELECTRONIC NOTARY PUBLIC
STATE OF TEXAS
COMMISSION # 12081445
MY COMMISSION EXPIRES 01/14/2025