In order for Diagnostic Affiliates of Northeast Hou, LLC d.b.a 24 Hour Covid RT-PCR Laboratory to advocate on your behalf with your insurance company if there is an underpayment or non-payment on your claim, we request you sign the following document: <u>Special Power of Attorney</u>.

## SPECIAL POWER OF ATTORNEY

I, the undersigned patient/guardian, do hereby appoint **Diagnostic Affiliates of Northeast Hou, LLC d.b.a 24 Hour Covid RT-PCR Laboratory** whose mailing address is 23330 US-59, Suite 300, Kingwood, Texas 77339, as my true and lawful attorney-in-fact ("Provider" or "Agent") to act for me in any lawful way with respect to the following special limited powers:

Agent shall negotiate, pursue, and collect on my medical and legal benefits that have gone unpaid or under-reimbursed. Agent may exercise at its discretion and to the fullest extent permissible under federal and state laws, applicable employee group health plan(s), and insurance policies, or public policies, all claims and powers arising from the my claim under the Employee Retirement Income Security Act ("ERISA") §§ 502(a)(1)(A), (B) and § 502(a)(3), any benefit claim, liability or tort claim, chose in action, state or federal or common-law claims, appropriate equitable relief, claims for breach of fiduciary duty, claim for ERISA statutory penalties, claim for failure to provide full and fair review, any other ERISA claims, surcharge remedy or other right I may have in relation to group health plans, health insurance issuers, or tortfeasor insurer(s). With respect to any and all medical and legal benefits used as a result of the medical services I received from Provider, and to the fullest extent permissible under the law to claim or lien such medical benefits, settlement, insurance reimbursement and any applicable remedies, Provider may, at its discretion, including but not limited to: (i) obtain information about the claim(s) to the same extent as myself, including, but not limited to, requesting plan documents, the administrative record, and other relevant documents related to the administration of the claim; (ii) submit evidence and any other materials/information relevant to the adverse benefit determination; (iii) make statements about facts or law; (iv) make any request, or giving or receiving any notice about appeal proceedings; and (v) take any administrative and judicial actions by Agent to pursue such claim, chose in action or right against any liable party or employee group health plan(s), including, if necessary, the right to bring suit by Agent against any such liable party or employee group health plan in my name with derivative standing but at Agent's expense.

I hereby grant my agent full power and authority to do and perform all and every act and thing whatsoever requisite, necessary, and proper to be done in the exercise of the above limited rights and powers herein granted, as fully to all intents and purposes as I might or could do if personally present, including the signing on my behalf of relevant Plan or insurance company assignment/authorized representative documents, and with full authority to deal with such accounts and healthcare benefits as authorized above.

I hereby consent to all that Agent shall lawfully do or cause to be done in compliance with, and by virtue of, the authority granted withing this Special Power of Attorney.

I further grant to Agent the authority to employ or engage other persons as necessary to enable Agent to properly exercise the powers granted in this Special Power of Attorney, but Agent shall make the discretionary decisions.

Agent agrees to accept this appointment, and agrees to act and perform my best interests, as Agent, in its discretion, deems advisable.

The right, power, and authority of Agent granted within this Special Power of Attorney shall commence and be in full force and effect on 11/25/2020 and shall remain in full force and effect until and unless revoked by a formal written Notice of Revocation delivered to Agent's address or sent via certified mail. This Special Power of Attorney shall not be affected by subsequent disability of mine or lapse of time. A photocopy of this Special Power of Attorney is to be considered as valid as the original.

WHEREFORE, the undersigned patient/guardian, caused this instrument to be executed the date written below:

**Acknowledgment:**

State of Texas

County of Harris

This document was acknowledged before me on the 8th day of December, 2021, by

_____
**Notary Public (Signature)**

<u>Geraldine Pearl Oakley</u>
**Notary Public Name (Printed)**

_____
**Signature of Insured/Guardian**

_____
**Name of Patient**

_____
**Name of Guardian (If Applicable)**

Geraldine Pearl Oakley
ELECTRONIC NOTARY PUBLIC
STATE OF TEXAS
COMMISSION # 12081445
MY COMMISSION EXPIRES 01/14/2025