United States District Court
Southern District of Texas
**ENTERED**
January 12, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DIAGNOSTIC AFFILIATE D/B/A 24HOUR COVIDRT-LABORATORY, | § § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:22-CV-00003 |
| CIGNA HEALTH AND LIFE INSURANCE CO., *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff Diagnostic Affiliate d/b/a 24 Hour Covid RT-PCR Laboratory on behalf of Patient CS's Notice of Nonsuit filed on January 10, 2022. Plaintiff's notice of dismissal is effective because Defendants have not yet filed an answer or a motion for summary judgment in this matter. FED. R. CIV. P. 41(a)(1)(A)(i). Pursuant to the Plaintiff's Notice of Nonsuit, the Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
January 12, 2022